**United States District Court**
For the Northern District of California

1
2
3
4
5                       IN THE UNITED STATES DISTRICT COURT
6                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8    WHITEDEER, et al.                          No. C 11-01426 SI
9              Plaintiffs,                      **ORDER DENYING APPLICATION FOR**
                                                **TEMPORARY RESTRAINING ORDER**
10      v.
11   RONALD C. LOVE dba HERBAL
     INNOVATIONS, et al.
12
              Defendants.
13   _____/
14
15          On April 1, 2011, the Court heard argument on plaintiffs' ex parte application for a temporary
16   restraining order and an order to show cause re: preliminary injunction.  Plaintiffs have not demonstrated
17   a likelihood of success on the merits, they have not demonstrated the possibility of irreparable harm,
     and they have not requested available relief.  Having considered the arguments of counsel and the papers
18   submitted, the Court hereby DENIES plaintiffs' application.  (Doc. 3.)[1]
19
20          **IT IS SO ORDERED.**
21
22
23
     Dated:  April 1, 2011                       _____
24                                                SUSAN ILLSTON
                                                  United States District Judge
25
26
27
     _____
28        [1]     Defendant Love's motion to continue the hearing date is denied as moot.  (Doc. 15.)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California