

IT IS SO ORDERED

Judge Susan Illston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEDEER, et al., | **CASE NO. CV 11-C-01426 SI** |
| Plaintiffs, | **JOINT REQUEST AND STIPULATION OF PARTIES TO CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** |
| vs. | |
| RONALD CHARLES LOVE, etc., et al., | |
| Defendants. | |
| And Related Cross-Action | |

Plaintiffs WHITEDEER and ESSENTIAL HERBAL TECHNOLOGIES, LLC, Defendant and Counter-Complainant RONALD LOVE, and Defendant GLOW INDUSTRIES, INC., through their respective counsel of record, hereby jointly request and stipulate that the Initial Case Management Conference in the above action, presently scheduled for July 1, 2011, at 2:30pm, be continued to September 23, 2011, or such later date and time as may be convenient for the Court.

The parties make this request for the following reasons:

1) The above parties have informally discussed settlement of this matter, and have met, conferred, and agreed upon an ADR process, private mediation. The parties anticipate

---

JOINT REQUEST AND STIPULATION OF PARTIES TO CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERNECE

CASE NO. CV 11-C-01426 SI

completing mediation within the next 75 days.  Continuance of the initial CMC will allow the parties to devote their resources to settlement.

2) Three additional parties have been named in the Counter-complaint but have yet to appear.  As these parties are unlikely to be sufficiently involved in the case on the date presently set for the initial CMC, a continuance will allow more efficient case management as all parties can be present.

IT IS SO STIPULATED:

Dated: June 13, 2011                MBV LAW, LLP

                                    By_____/s/_____
                                          Yano L. Rubenstein

                                    Attorneys for Plaintiff WHITEDEER and
                                    ESSENTIAL HERBAL TECHNOLOGIES, LLC,

Dated: June 13, 2011                WEYAND LAW FIRM
                                    A Professional Corporation

                                    By _____/s/_____
                                          Eric C. Shaw

                                    Attorneys for Defendant and Counter Complainant
                                    RONALD LOVE

Dated:  June 13, 2011               LAVELY & SINGER, PC

                                    By _____/s/_____
                                          Michael Weinsten

                                    Attorneys for Defendant
                                    GLOW INDUSTRIES, INC.

I hereby certify that I have been authorized by the counsel named above to file this stipulation on their behalf.

Dated: June 13, 2011                _____/s/_____
                                          Eric C. Shaw

JOINT REQUEST AND STIPULATION OF                CASE NO. CV 11-C-01426 SI            2
PARTIES TO CONTINUANCE OF INITIAL CASE
MANAGEMENT CONFERNECE