UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEDEER, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>RONALD CHARLES LOVE, etc., et al.,<br><br>        Defendants.<br>_____<br>And Related Cross-Action | **CASE NO. CV 11-C-01426 SI**<br><br>**JOINT NOTICE OF CONTEMPLATED SETTLEMENT**<br>  ORDER |

      Plaintiffs WHITEDEER and ESSENTIAL HERBAL TECHNOLOGIES, LLC, Defendant and Counter-Complainant RONALD LOVE, and Defendant GLOW INDUSTRIES, INC., through their respective counsel of record, hereby jointly advise the Court that the Parties agreed to the terms of a settlement of all the entire action during a mediation on September 8, 2011.  The Parties anticipate that they will request dismissal of the entire action by the end of October 2011 after the final agreement is executed and performance of the terms has commenced.

      The parties therefore request that the Initial Case Management Conference in the above action, presently scheduled for September 22, 2011, at 2:30pm, be continued to a date in November 2011.

| | |
|---|---|
| **JOINT NOTICE OF CONTEMPLATED SETTLEMENT** | **CASE NO. CV 11-C-01426 SI** |

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 14, 2011 | RUBENSTEIN LAW |
| 3 | | By_____/s/_____ |
| 4 | | Yano L. Rubenstein |
| 5 | | Attorneys for Plaintiff WHITEDEER and ESSENTIAL HERBAL TECHNOLOGIES, LLC, |
| 7 | Dated: September 14, 2011 | WEYAND LAW FIRM<br>A Professional Corporation |
| 9 | | By _____/s/_____<br>Eric C. Shaw |
| 11 | | Attorneys for Defendant and Counter Complainant RONALD LOVE |
| 12 | Dated: September 14, 2011 | LAVELY & SINGER, PC |
| 13-14 | | By _____/s/_____<br>William Briggs |
| 15-16 | | Attorneys for Defendant GLOW INDUSTRIES, INC. |

17  I hereby certify that I have been authorized by the counsel named above to file this Notice on their behalf.

20  Dated: September 14, 2011             _____/s/_____
                                          Eric C. Shaw

21-22  The case management conference has been continued to 11/18/11 @ 2:30 p.m.
A joint statement shall be filed one week in advance of the hearing.

**IT IS SO ORDERED**
/s/ Susan Illston
Judge Susan Illston
(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

| JOINT NOTICE OF CONTEMPLATED SETTLEMENT | CASE NO. CV 11-C-01426 SI | 2 |
|---|---|---|