YANO L. RUBINSTEIN (State Bar No. 214277)
PHILLIP SELTZER (State Bar No. 267738)
RUBINSTEIN LAW
660 4th St. #302
San Francisco, CA 94107
Telephone: 415.409.9266
Facsimile: 415.236.6409

Attorneys for Plaintiffs
WHITEDEER &
ESSENTIAL HERBAL TECHNOLOGIES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEDEER, an individual; ESSENTIAL HERBAL TECHNOLOGIES LLC, a Delaware Limited Liability Company,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>RONALD CHARLES LOVE, an individual, dba HERBAL INNOVATIONS; GLOW INDUSTRIES, INC. an Ohio Corporation; DOES 1-25,<br><br>　　　　　　Defendants.<br><br>And Related Cross-Action | Case No. CV-11-01426 SI<br><br>**JOINT NOTICE OF CONTEMPLATED SETTLEMENT** |

　　　　Plaintiffs WHITEDEER and ESSENTIAL HERBAL TECHNOLOGIES, LLC, Defendant and Counter-Complainant RONALD LOVE, and Defendant GLOW INDUSTRIES, INC., through their respective counsel of record hereby jointly advise the Court that the Parties agreed to the terms of a settlement of the entire action during a mediation on September 8, 2011. The Parties anticipate that they will request dismissal of the entire action by the end of December 2011 after the final agreement is executed and performance of the terms has commenced.

　　　　The parties therefore request that the Initial Case Management Conference in this action,

presently scheduled for November 18, 2011 at 2:30 p.m. be continued to a date in January 2012.

Dated: November 17, 2011         RUBINSTEIN LAW

                                 By          /s/
                                   Yano L. Rubinstein
                                   Attorneys for Plaintiff WHITEDEER
                                   and ESSENTIAL HERBAL
                                   TECHNOLOGIES, LLC

Dated: November 17, 2011         WEYAND LAW FIRM

                                 By          /s/
                                   Eric C. Shaw
                                   Attorneys for Defendant and
                                   Counter-Complainant RONALD
                                   LOVE

Dated: November 17, 2011         LAVELY & SINGER, PC

                                 By          /s/
                                   William Briggs
                                   Attorneys for Defendant GLOW
                                   INDUSTRIES, INC.

I hereby certify that I have been authorized by the counsel named above to file this Notice on their behalf.

Dated: November 17, 2011         By          /s/
                                   Yano L. Rubinstein

*IT IS SO ORDERED*
*[Signature] Judge Susan Illston*

The case management conference is continued to January 20, 2012, at 2:30 p.m.