YANO L. RUBINSTEIN (State Bar No. 214277)
PHILLIP SELTZER (State Bar No. 267738)
RUBINSTEIN LAW
660 4th St. #302
San Francisco, CA 94107
Telephone:  415.409.9266
Facsimile:  415.236.6409

Attorneys for Plaintiffs
WHITEDEER &
ESSENTIAL HERBAL TECHNOLOGIES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEDEER, an individual; ESSENTIAL HERBAL TECHNOLOGIES LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>RONALD CHARLES LOVE, an individual, dba HERBAL INNOVATIONS; GLOW INDUSTRIES, INC. an Ohio Corporation; DOES 1-25,<br><br>Defendants. | Case No. CV-11-01426 SI<br><br>**JOINT NOTICE OF CONTEMPLATED SETTLEMENT** |
| And Related Cross-Action | |

    Plaintiffs WHITEDEER and ESSENTIAL HERBAL TECHNOLOGIES, LLC,

Defendant and Counter-Complainant RONALD LOVE, and Defendant GLOW INDUSTRIES,

INC., through their respective counsel of record hereby jointly advise the Court that the Parties

agreed to the terms of a settlement of the entire action during a mediation on September 8, 2011.

The Parties anticipate that they will request dismissal of the entire action by the end of December

2011 after the final agreement is executed and performance of the terms has commenced.

    The parties therefore request that the Initial Case Management Conference in this action,

1

presently scheduled for November 18, 2011 at 2:30 p.m. be continued to a date in January 2012.

Dated: November 17, 2011                    RUBINSTEIN LAW

                                            By_____/s/_____

                                                 Yano L. Rubinstein
                                                 Attorneys for Plaintiff WHITEDEER
                                                 and ESSENTIAL HERBAL
                                                 TECHNOLOGIES, LLC


Dated: November 17, 2011                    WEYAND LAW FIRM

                                            By_____/s/_____

                                                 Eric C. Shaw
                                                 Attorneys for Defendant and
                                                 Counter-Complainant RONALD
                                                 LOVE


Dated: November 17, 2011                    LAVELY & SINGER, PC

                                            By_____/s/_____

                                                 William Briggs
                                                 Attorneys for Defendant GLOW
                                                 INDUSTRIES, INC.


        I hereby certify that I have been authorized by the counsel named above to file this Notice

on their behalf.

Dated: November 17, 2011                    By_____/s/_____

                                                 Yano L. Rubinstein


        The case management conference is continued to January 20, 2012, at 2:30 p.m.