

1  YANO L. RUBINSTEIN (State Bar No. 214277)
   PHILLIP SELTZER (State Bar No. 267738)
2  RUBINSTEIN LAW
   660 4th St. #302
3  San Francisco, CA 94107
   Telephone:  415.409.9266
4  Facsimile:  415.236.6409

5  Attorneys for Plaintiffs
   WHITEDEER &
6  ESSENTIAL HERBAL TECHNOLOGIES, LLC

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 WHITEDEER, an individual; ESSENTIAL        Case No. CV-11-01426 SI
   HERBAL TECHNOLOGIES LLC, a
12 Delaware Limited Liability Company,        **STIPULATION FOR DISMISSAL**

13                Plaintiff,

14        v.

15 RONALD CHARLES LOVE, an individual,
   dba HERBAL INNOVATIONS; GLOW
16 INDUSTRIES, INC. an Ohio Corporation;
   DOES 1-25,
17
                 Defendants.
18

19 And Related Cross-Action

20

21

22        IT IS HEREBY STIPULATED by and between the parties, through their respective

23 counsel, that the above entitled matter be dismissed with prejudice pursuant to Federal Rule of

24 Civil Procedure 41(a)(1)(A)(ii), with each party to bear his or her own attorneys' fees and costs.

25

26

27

28
                                                                                  1

STIPULATION FOR DISMISSAL                                    CASE NO. CV-11-01426 SI

1  Dated: November 28, 2011                RUBINSTEIN LAW

2                                          By_____/s/_____

3                                               Yano L. Rubinstein
                                                Attorneys for Plaintiff WHITEDEER
4                                               and ESSENTIAL HERBAL
                                                TECHNOLOGIES, LLC
5

6  Dated: November 28, 2011                WEYAND LAW FIRM

7                                          By_____/s/_____

8                                               Eric C. Shaw
                                                Attorneys for Defendant and
9                                               Counter-Complainant RONALD
                                                LOVE
10

11
   Dated: November 28, 2011                LAVELY & SINGER, PC
12
                                           By_____/s/_____
13
                                                William Briggs
14                                              Attorneys for Defendant GLOW
                                                INDUSTRIES, INC.
15

16         I hereby certify that I have been authorized by the counsel named above to file this

17  Stipulation for Dismissal on their behalf.

18

19  Dated: November 28, 2011                By_____/s/_____

20                                               Yano L. Rubinstein

21

22

23

24

25

26

27

28

                                                                                    2