| | |
|---|---|
| 1 | YANO L. RUBINSTEIN (State Bar No. 214277) |
| 2 | PHILLIP SELTZER (State Bar No. 267738)<br>RUBINSTEIN LAW |
| 3 | 660 4th St. #302<br>San Francisco, CA 94107 |
| 4 | Telephone: 415.409.9266<br>Facsimile:  415.236.6409 |
| 5 | Attorneys for Plaintiffs |
| 6 | WHITEDEER &<br>ESSENTIAL HERBAL TECHNOLOGIES, LLC |



IT IS SO ORDERED

Judge Susan Illston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WHITEDEER, an individual; ESSENTIAL HERBAL TECHNOLOGIES LLC, a Delaware Limited Liability Company,

　　　　　Plaintiff,

　　v.

RONALD CHARLES LOVE, an individual, dba HERBAL INNOVATIONS; GLOW INDUSTRIES, INC. an Ohio Corporation; DOES 1-25,

　　　　　Defendants.

And Related Cross-Action

Case No. CV-11-01426 SI

**STIPULATION FOR DISMISSAL**

　　　IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the above entitled matter be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear his or her own attorneys' fees and costs.

| | |
|---|---|
| Dated: November 28, 2011 | RUBINSTEIN LAW |
| | By _____/s/_____ |
| | Yano L. Rubinstein |
| | Attorneys for Plaintiff WHITEDEER and ESSENTIAL HERBAL TECHNOLOGIES, LLC |
| Dated: November 28, 2011 | WEYAND LAW FIRM |
| | By _____/s/_____ |
| | Eric C. Shaw |
| | Attorneys for Defendant and Counter-Complainant RONALD LOVE |
| Dated: November 28, 2011 | LAVELY & SINGER, PC |
| | By _____/s/_____ |
| | William Briggs |
| | Attorneys for Defendant GLOW INDUSTRIES, INC. |

I hereby certify that I have been authorized by the counsel named above to file this Stipulation for Dismissal on their behalf.

| | |
|---|---|
| Dated: November 28, 2011 | By _____/s/_____ |
| | Yano L. Rubinstein |

STIPULATION FOR DISMISSAL — CASE NO. CV-11-01426 SI